# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALACHRITECH, INC. | § § | |
| v. | § § | CASE NO. 2:16-cv-693-JRG (LEAD) |
| CENTURYLINK, INC., ET AL. | § | |
| WISTRON CORPORATION, ET AL. | § § | CASE NO. 2:16-cv-692-JRG (MEMBER) |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** these cases to the Honorable Roy S. Payne for all pretrial purposes.

**So ORDERED and SIGNED this 7th day of November, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE