**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALACRITECH INC., | § | |
| | § | |
| *Plaintiff,* | § | Case No. 2:16-CV-00693-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| CENTURYLINK, INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court are various motions to compel filed by Plaintiff Alacritech. The Court heard argument on the motions on April 11, 2017. For the reasons explained at the hearing, the motions are resolved as follows. The scope of any relief granted was explained at the hearing.

Plaintiff Alacritech's Motion to Compel Production, **ECF No. 117**, is **DENIED WITHOUT PREJUDICE**. If Centurylink's April 25, 2017 Discovery Response is not satisfactory, Alacritech can reurge the motion if the parties remain unable to resolve the dispute.

Plaintiff Alacritech's Motion to Compel Production, **ECF No. 118**, is **GRANTED IN PART**. Wistron and Wiwynn are ORDERED to inform any third-parties who are withholding consent to document production that the documents will be produced unless the third party files a motion for protective order with this Court by April 18, 2017. Wistron and Wiwynn are thereafter ORDERED to produce the remaining documents discussed at the hearing by April 28, 2017. Wistron and Wiwynn are ORDERED to supplement their interrogatory response to Alacritech's revised interrogatory regarding material differences in accused products by April 21, 2017.

Plaintiff Alacritech's Motion to Compel Production and Interrogatory Responses from Defendant Dell, Inc., **ECF No. 125**, is **GRANTED IN PART**. Dell's Supplemental Discovery Response discussed at the hearing is due April 21, 2017.

Plaintiff Alacritech's Motion to Compel Interrogatory Responses and Production of Documents from Intel Corporation, **ECF No. 145**, is **GRANTED IN PART**. Intel is given until April 26, 2017 to supplement the Responses discussed at the hearing.

   **SIGNED this 11th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE