**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALACRITECH INC. | § § | |
| v. | § § § | Case No. 2:16-CV-0693-JRG-RSP LEAD CASE |
| CENTURYLINK, INC. | § | |
| WISTRON CORPORATION ET AL | § | Case No. 2:16-CV-0692-JRG-RSP |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil actions.

**So ORDERED and SIGNED this 12th day of May, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE