# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALACRITECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:16-CV-00693-JRG-RSP |
| | § | |
| CENTURYLINK, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 15, 2017, the Court heard argument on, and resolved, the following motions:

- [Dkt. # 257] is **GRANTED**.

- [Dkt. # 175] is **GRANTED**.

- [Dkt. # 165] is **GRANTED**.

- [Dkt. # 174] is **GRANTED**.

- [Dkt. # 247] is **DENIED AS MOOT** in light of the parties' agreement on the record during the hearing.

The Court took [Dkt. # 184], [Dkt. # 259], and [Dkt. # 260] under advisement.

**SIGNED this 27th day of June, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE