UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALACRITECH, INC.,<br>    Plaintiff,<br>  v.<br>CENTURYLINK COMMUNICATIONS LLC, et al.<br>    Defendants.<br><br>INTEL CORPORATION,<br>    Intervenor. | Case No. 2:16-cv-693-RWS-RSP<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| ALACRITECH, INC.,<br>    Plaintiff,<br>  v.<br>WISTRON CORPORATION, et al.,<br>    Defendants.<br><br>INTEL CORPORATION,<br>    Intervenor. | Case No. 2:16-cv-692-RWS-RSP<br><br>JURY TRIAL DEMANDED<br><br>MEMBER CASE |
| ALACRITECH, INC.,<br>    Plaintiff,<br>  v.<br>DELL INC.,<br>    Defendant,<br><br>INTEL CORPORATION AND CAVIUM. INC.,<br>    Intervenors. | Case No. 2:16-cv-RWS-RSP<br><br>JURY TRIAL DEMANDED<br><br>MEMBER CASE |

**ALACRITECH'S NOTICE OF REDUCTION IN ITS ASSERTED CLAIMS**

Pursuant to the Court's June 7, 2017 Order (Dkt. 267), Alacritech hereby gives notice that it has further reduced the number of asserted claims to 16 total claims (with no more than 5 per patent) as to all Defendants/Intervenors, as follows:

U.S. Patent No. 7,124,205: claims 1, 22

U.S. Patent No. 7,237,036: claims 1-4

U.S. Patent No. 7,337,241: claims 1, 9, 12

U.S. Patent No. 7,673,072: claims 1, 15, 17

U.S. Patent No. 8,131,880: claims 32, 41

U.S. Patent No. 8,805,948: claims 17, 22

DATED:  October 6, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Michelle Ann Clark
Claude M. Stern
California State Bar No. 96737
*claudestern@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael D. Powell
*mikepowell@quinnemanuel.com*
California State Bar No. 202850
Michelle Ann Clark
*michelleclark@quinnemanuel.com*
California State Bar No. 243777
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Joseph M. Paunovich
*joepaunovich@quinnemanuel.com*
California State Bar No. 228222
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

2

T. John Ward, Jr.
Texas State Bar No. 00794818
*jw@wsfirm.com*
Claire Abernathy Henry
Texas State Bar No. 24053063
*claire@wsfirm.com*
WARD & SMITH LAW FIRM
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323

ATTORNEYS FOR PLAINTIFF
ALACRITECH, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 6th day of October, 2017. Local Rule CV-5(a)(3)(A).

*/s/ Antonio Sistos*
Antonio Sistos
