IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALACRITECH, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**CENTURYLINK, INC.,** *et al.***,**<br><br>    Defendants,<br><br>**INTEL CORPORATION,**<br><br>**CAVIUM, INC.**<br><br>    Intervenors. | Case No. 2:16-cv-693-JRG<br><br>LEAD CASE<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Intervenor Intel Corporation respectfully moves the Court to permit an additional 19 pages of exhibits for its Motion to Compel Alacritech's Interrogatory Responses. The current page limit for exhibits is 5 pages (D.I. 50). Alacritech does not oppose this motion.

Intel requests this extension of pages to sufficiently address and provide context for the dispute between the parties. The additional pages would not impact the briefing schedule.

Dated: October 13, 2017

Respectfully submitted,

*/s/ Garland T. Stephens*
Garland T. Stephens, Lead Attorney (24053910)
Douglas W. McClellan (24027488)
Melissa L. Hotze (24049831)
Justin L. Constant (24067551)
Richard D. Eiszner (24103713)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000

Facsimile: (713) 224-9511
garland.stephens@weil.com
doug.mcclellan@weil.com
melissa.hotze@weil.com
justin.constant@weil.com
richard.eiszner@weil.com

Anne Marie Cappella (181402)
Jeremy Jason Lang (255642)
Amanda K. Branch (300860)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
anne.cappella@weil.com
jason.lang@weil.com
amanda.branch@weil.com

William Sutton Ansley (80085)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
sutton.ansley@weil.com

Harry L. Gillam, Jr. (07921800)
Gillam & Smith LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

David Folsom (07210800)
Jackson Walker L.L.P.
6002 Summerfield Dr., Suite B
Texarkana, TX 75503
Telephone: (903) 255-3250
Facsimile: (903) 255-3265
dfolsom@jw.com

*Counsel for Intervening Party*
INTEL CORPORATION

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 13, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Sean Mills*
Sean M. Mills
