IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALACRITECH, INC.,**<br><br>        Plaintiff,<br><br>v.<br><br>**CENTURYLINK, INC.,** *et al.***,**<br><br>        Defendants,<br><br>**INTEL CORPORATION,**<br><br>**CAVIUM, INC.**<br><br>        Intervenors. | Case No. 2:16-cv-693-JRG-RSP<br><br>LEAD CASE<br><br>Jury Trial Demanded |

**ORDER GRANTING INTERVENOR INTEL CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS FOR ITS MOTION TO COMPEL ALACRITECH'S INTERROGATORY RESPONSES**

Before the Court is Intervenor Intel Corporation's Motion to for Additional Pages of Exhibits for its Motion to Compel Alacritech's Interrogatory Responses. After considering the Motion and the relief requested therein, the Court finds that Intel's Motion should be and is hereby **GRANTED**.