# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALACRITECH INC. | § | |
| | § | |
| v. | § | Case No. 2:16-CV-0693-RWS-RSP |
| | § | |
| CENTURYLINK, INC. | § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
September 4, 2019

**OPEN:** 3:30 pm                                                              **ADJOURN:** 4:25 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Melonie Jordan |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Claire Henry announced ready for Alacritech and introduced co-counsel. Gil Gillam announced ready for Intel and introduced co-counsel. Deron Dacus announced ready for Dell and CenturyLink and introduced co-counsel. Melissa Smith announced ready for Cavium and introduced co-counsel. Nelson Hua announced ready for Wistron, Wiwynn and SMS and introduced co-counsel.

Joe Paunovich argued Plaintiff's Motion to Set Case Schedule (Dkt. No. 470). Gil Gillam responded on behalf of the defendants. Garland Stephens and Brady Cox also responded. Karineh Khachatourian responded for Cavium.

The Court took the motion under advisement.