IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALACRITECH, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TIER 3, ET AL., WISTRON CORPORATION,<br>ET AL., DELL INC.,<br><br>          Defendants<br><br>  and<br><br>INTEL CORPORATION, CAVIUM, INC.,<br><br>          Intervenors. | )<br>)<br>)<br>)<br>)<br>) 2:16-cv-00693-JRG-RSP (LEAD CASE)<br>)<br>) 2:16-cv-00692-JRG-RSP<br>)<br>) 2:16-cv-00695-RWS-RSP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CAVIUM INC'S STATUS REPORT REGARDING *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 7,945,699

Pursuant to the Order Granting Joint Motion to Stay Litigation Pending IPR Proceedings dated December 5, 2017, Dkt No. 451, and in response to Alacritech's status report of Apr. 27, 2021, Cavium, Inc. ("Cavium") states as follows:  As set forth in Alacritech's Notice of Reduction in Its Asserted Claims dated Oct. 6, 2017, Dkt. No. 374, no claims of  U.S. Patent No. 7,945,699 ("the '699 Patent") is currently asserted in the case.

Dated:  April 28, 2021

*/s/Karineh Khachatourian, with permission*
*by Melissa R. Smith*
Karineh Khachatourian
CA State Bar No. 202634
Rimon, P.C.
2445 Faber Place, Suite 250
Palo Alto, California 94303
Telephone: (650) 461-4433
Fax: (650) 461-4433
karineh.khachatourian@rimonlaw.com

Melissa Richards Smith
TX State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas   75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Attorneys for Intervenor
CAVIUM, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on April 28, 2021.

*/s/ Melissa R. Smith*