# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALACRITECH, INC., | |
| *Plaintiff*, | 2:16-cv-00693-RWS-RSP (LEAD CASE) |
| v. | 2:16-cv-00692-RWS-RSP |
| CENTURYLINK, INC., *et al.*, | 2:16-cv-00695-RWS-RSP |
| WISTRON CORPORATION, *et al.*, | |
| DELL INC., | JURY TRIAL DEMANDED |
| *Defendants*, | |
| and | |
| INTEL CORPORATION, *et al.*, | |
| *Intervenors*. | |

### AGREED MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff Alacritech, Inc., with Defendants' and Intervenors' agreement, hereby files this agreed motion for entry of the agreed Docket Control Order attached to this motion.

Dated: December 20, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*/s/ Joseph M. Paunovich w/permission Claire A. Henry*
Joseph M. Paunovich
*joepaunovich@quinnemanuel.com*
California State Bar No. 228222
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian E. Mack
*brianmack@quinnemanuel.com*
California State Bar No. 275086
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

T. John Ward, Jr.
Texas State Bar No. 00794818
*jw@wsfirm.com*
Claire Abernathy Henry
Texas State Bar No. 24053063
*claire@wsfirm.com*
WARD & SMITH LAW FIRM
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff Alacritech, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service on this 20th day of December, 2022.

*/s/ Claire A. Henry*
Claire A. Henry

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that this motion is agreed.

*/s/ Claire A. Henry*
Claire A. Henry