IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALACRITECH, INC., | |
| *Plaintiff*, | |
| v. | |
| CENTURYLINK, INC., *et al.*, | 2:16-cv-00693-RWS-RSP (LEAD CASE) |
| WISTRON CORPORATION, *et al.*, | 2:16-cv-00692-RWS-RSP |
| DELL INC., | 2:16-cv-00695-RWS-RSP |
| *Defendants*, | |
| and | JURY TRIAL DEMANDED |
| INTEL CORPORATION, *et al.*, | |
| *Intervenors*. | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT BETWEEN ALACRITECH AND CAVIUM

Pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff Alacritech, Inc. ("Alacritech") and Intervenor Cavium, Inc. ("Cavium") (together, the "Parties") respectfully notify the Court that all matters in controversy between the Parties have been settled, in principle.  The Parties are in the process of preparing the formal settlement documents and seek to avoid burdening the Court with any additional filings and to finalize the settlement without incurring unnecessary expense.  Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings as between Alacritech and Cavium only, including all pending deadlines between Alacritech and Cavium, for thirty (30) days, so that appropriate dismissal papers may be submitted.  This stay is not sought for the purpose of delay, but so that justice may be served.

Dated: August 30, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*/s/ Brian E. Mack*
*joepaunovich@quinnemanuel.com*
California State Bar No. 228222
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Brian E. Mack
*brianmack@quinnemanuel.com*
California State Bar No. 275086
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

T. John Ward, Jr.
Texas State Bar No. 00794818
*jw@wsfirm.com*
Claire Abernathy Henry
Texas State Bar No. 24053063
*claire@wsfirm.com*
WARD & SMITH LAW FIRM
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323

*Attorneys for Plaintiff Alacritech, Inc.*


*/s/ Karineh Khachatourian w/permission Brian E. Mack*
Karineh Khachatourian (CA Bar No. 202634)
KXT Law
1775 Woodside Road, Suite 204
Redwood City, CA 94061
Telephone: (650) 379-6450
Email: karineh@kxtlaw.com

Melissa Richards Smith
TX State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas   75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Intervenor Cavium, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service on August 30, 2023.

                    */s/ Brian E. Mack*
                    Brian E. Mack

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local rule CV-7(h) that this joint motion is agreed.

                    */s/ Brian E. Mack*
                    Brian E. Mack